IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANE TYLER LANCOUR,

                Plaintiff,                          ORDER

                                               13-cv-780-wmc

LA CROSSE COUNTY SHERIFF
DEPARTMENT, *et al.*,

                Defendants.

---

In response to an order dated November 8, 2013, plaintiff Shane Lancour has submitted an inmate account statement for six months preceding the filing of his complaint. Accordingly, the court must determine whether he qualifies for indigent status and, if he does, calculate an initial partial payment of the $350.00 fee for filing this case.

In determining whether a prisoner litigant qualifies for indigent status this court applies the formula set forth in 28 U.S.C. § 1915(b)(1). According to this formula, a prisoner requesting leave to proceed *in forma pauperis* must prepay an initial partial filing fee that consists of 20% of the greater of - (A) the average monthly deposits to his account; or (B) the average monthly balance in his account for the six-month period immediately preceding the filing of the complaint.

From plaintiff's inmate account statement, the court calculates this amount to be $1.00. For this case to proceed, plaintiff must submit this amount on or before December 12, 2013. Plaintiff should show a copy of this order to jail officials to ensure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that:

1.     The motion filed by plaintiff Shane T. Lancour for leave to proceed without

       prepayment of fees (Dkt. # 2) is GRANTED.

2.     Plaintiff is assessed $1.00 as an initial partial payment of the $350.00 fee for

       filing this case as an indigent litigant.  He shall submit a check or money order

       made payable to the "Clerk of Court" in the amount of $1.00 on or before

       December 12, 2013.  Plaintiff is advised that, if he fails to comply as directed

       or show cause of his failure to do so, the court will assume that he does not

       wish to proceed and this case will be dismissed without further notice

       pursuant to Fed. R. Civ. P. 41(a).

3.     No further action will be taken in this case until the court receives plaintiff's

       initial partial filing fee as directed above and the court has screened the

       complaint as required by the PLRA, 28 U.S.C. § 1915A.  Once the screening

       process is complete, a separate order will issue.


Entered this 25th day of November, 2013.



                          BY THE COURT:


                          /s/
                          PETER OPPENEER
                          Magistrate Judge


                              2